NOT FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

FEB 16 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSEPH P. BECKER,

        Petitioner - Appellant,

    v.

MICHAEL MARTEL, Warden,

        Respondent - Appellee.

No. 08-55527

D.C. No. 3:07-cv-00576-JM-PCL

MEMORANDUM[*]

Appeal from the United States District Court
for the Southern District of California
Jeffrey T. Miller, Senior District Judge, Presiding

Argued and Submitted February 8, 2011
Pasadena, California

Before:    **KOZINSKI**, Chief Judge, **HAWKINS** and **FISHER**, Circuit Judges.

Although the sentencing judge violated clearly established federal law by

imposing an upper term sentence based on Becker's "lengthy record," see

Cunningham v. California, 549 U.S. 270, 288–93 (2007), the error was harmless

because we have no "grave doubt" that a jury would've also found Becker's record

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

"lengthy" given his numerous prior convictions, see Butler v. Curry, 528 F.3d 624, 648 (9th Cir. 2008) (internal quotation marks omitted).

**AFFIRMED.**